UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joshua Marz, | No. 2:22-cv-02279-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Freedom Mortgage Corporation, | |
| Defendant. | |

   Plaintiff Joshua Marz brings this action against Freedom Mortgage Corporation. Ex. 1, Notice of Removal, ECF No. 1. A week after removing the case to this court, *see* Notice of Removal, Freedom Mortgage moved to dismiss the complaint in its entirety, Mot., ECF No. 3. It apparently did not seek to meet and confer prior to or during the briefing period. *See* Mot., Opp'n, ECF No. 9; Reply, ECF No. 11.

   This court's standing order requires attorneys to meet and confer with one another before they file motions. *See* Standing Order at 3, ECF No. 3-1; *Mollica v. County of Sacramento*, No. 19-2017, 2022 WL 15053335, at *1 (E.D. Cal. Oct. 26, 2022). Attorneys who intend to file motions must "discuss thoroughly the substance of the contemplated motion and any potential resolution." *Id.* "Counsel should discuss the issues sufficiently so that if a motion of any kind is filed . . . the briefing is directed only to those substantive issues requiring resolution by the court." *Id.* If a motion is necessary after meeting and conferring, the moving party must include a

certification by an attorney "that meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts." *Id.* (emphasis omitted).

With respect to the motion pending in this case, the court is not willing to excuse non-compliance with its standing order. "Meeting and conferring saves time and money for all involved—if done correctly. Productive discussions spare both the moving and opposing party the time they would otherwise have devoted to writing unnecessary or ineffective arguments." *Mollica*, 2022 WL 15053335, at *1. The court's requirement to meet and confer facilitates informal dispute resolution and thereby promotes judicial economy. Here, there is no indication Freedom Mortgage even attempted to meet and confer. Because defendant's motion is not in compliance with the standing order, the court **denies without prejudice** defendant's motion to dismiss. If Freedom Mortgage wishes to renew its motion, it must first initiate and exhaust meeting and conferring regarding potential narrowing the disputes outlined in the briefs at ECF Nos. 3, 6, and 7.

This order resolves ECF No. 3.

IT IS SO ORDERED.

DATED: January 26, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE